UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC. | Case No. 1:23-cv-00458-ADA-CDB |
| Plaintiff, | ORDER GRANTING APPLICATION OF KYLE D. WINNICK TO PRACTICE *PRO HAC VICE* |
| v. | |
| MICHAEL VALDOVINOS. | (Doc. 7) |
| Defendant. | |

The Court has read and considered the application of Kyle Winnick, attorney for Plaintiff Halliburton Energy Services, Inc, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 7).  In light of the application and for good cause appearing, Kyle Winnick's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **April 28, 2023**   _____
UNITED STATES MAGISTRATE JUDGE