UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VALDOVINOS.<br><br>Defendant. | Case No. 1:23-cv-00458-ADA-CDB<br><br>ORDER GRANTING APPLICATION OF ANNETTE A. IDALSKI TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 9) |

The Court has read and considered the application of Annette A. Idalski, attorney for Plaintiff Halliburton Energy Services, Inc, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 9). In light of the application and for good cause appearing, Annette A. Idalski's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **May 18, 2023**                           _____
                                                                    UNITED STATES MAGISTRATE JUDGE