UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., <br><br> Petitioner, <br><br> v. <br><br> MICHAEL VALDOVINOS, <br><br> Respondent. | Case No. 1:23-cv-00458-KES-CDB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PETITION TO CONFIRM FINAL ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT <br><br> Docs. 1, 17 |

On March 24, 2023, Petitioner Halliburton Energy Services, Inc. ("Petitioner") filed a petition to confirm a final arbitration award and for entry of judgment against Michael Valdovinos ("Respondent"). Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

Respondent did not respond to the petition. In petitioner's unopposed motion to continue a scheduling conference, Doc. 11, petitioner noted that on June 15, 2023, petitioner, acting through pro hac vice counsel, spoke with respondent on the phone. *Id*. at 2. "[Respondent] stated that he does not oppose confirmation of the arbitration award and does not want to participate in the scheduling conference." *Id*.

On May 8, 2024, the assigned magistrate judge issued findings and recommendations to grant the petition to confirm final arbitration award and for entry of judgment. Doc. 17. The

1  assigned magistrate judge found the arbitration award was supported by law and there was no
2  basis to correct, modify, or vacate the final award. *Id.* at 5. The findings and recommendations
3  contained notice that any objections were due within fourteen days after service of the order and
4  that failure to file objections within the specified time may result in the waiver of rights on
5  appeal. *Id.* at 6 (quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Respondent
6  did not file objections and the deadline to do so has passed.

7  In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
8  this case. Having carefully reviewed the matter, the Court concludes that the findings and
9  recommendations are supported by the record and proper analysis.

10  Accordingly, IT IS HEREBY ORDERED that:

11  1. The findings and recommendations entered on May 8, 2024, Doc. 17, are adopted
12     in full;
13  2. Petitioner's petition to confirm final arbitration award and for entry of judgment,
14     Doc. 1, is granted;
15  3. The final arbitration award in favor of petitioner and against respondent, Doc. 1-4,
16     is confirmed in all respects; and
17  4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 16, 2025

UNITED STATES DISTRICT JUDGE

2